# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1657. JOHN A. JAMES v. FIRST SOUTHERN BANK f/k/a THE PATTERSON BANK.**

First Southern Bank f/k/a The Patterson Bank ("the Bank") sued John A. James to recover on a promissory note. On January 27, 2017, the trial court granted the Bank's motion for summary judgment in the amount of $511,459.22. James filed a timely notice of appeal, and the case was transmitted to this Court and docketed as Case Number A17A1435.

James subsequently filed a "Motion to Vacate Order and/or Motion to Modify Order" requesting clarification on whether the January 27, 2017 order was final and subject to direct appeal. At James' request, the trial court entered a modified order holding "there is no just reason for delay, and this Court hereby enters final judgment in favor of [the Bank] in the amount of $511,459.22[.]" In the instant appeal, James seeks to appeal this order.

OCGA § 9-11-56 (h) provides, in relevant part, that "[a]n order granting summary judgment on any issue or as to any party shall be subject to review by appeal." Even without the express determination that there is no just reason for delay, an order granting partial summary judgment may be appealed directly. See *Advanced Contouring, Inc. v. McMillan Div. of States Engineering Corp.*, 179 Ga. App. 128, 128 (2) (345 SE2d 666) (1986). Accordingly, the appeal in Case Number A17A1435

is properly before us. Thus, the appeal in A17A1657, which is duplicative of the appeal in A17A1435, is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  05/16/2017*
 *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
 *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

        *Stephen E. Castlen* , *Clerk.*